IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| KEITH W. CONDREY, SR. ) | Chapter 7 |
| ) | Case No. 11-32159-DOT |
| and ) | |
| ) | |
| SALLY A. CONDREY ) | |
| ) | |
| Debtors ) | |
| ) | |
| Address:    20800 River Rd. ) | |
| Chesterfield, Virginia 23838 ) | |
| ) | |
| ITIN:    4974 and 7387 ) | |

## NOTICE OF ABANDONMENT

**PLEASE TAKE NOTICE** that Bruce H. Matson (the "Trustee"), trustee for the Chapter 7 bankruptcy estate (the "Estate") of Keith W. Condrey, Sr. and Sally A. Condrey, the "Debtors"), has determined that the following property commonly known as 20640 River Road, Chesterfield, Virginia 23838 and titled in the name of Keith W. Condrey, Sr. and Sally A. Condrey and identified below along with (i) all equipment, fixtures, and other articles of personal property attached or affixed to the subject real property, and (ii) all present and future rents, revenues, income, issues, royalties, profits, and other benefits derived from the subject real property (together, the "Property"):

>ALL that certain piece or parcel of land lying and being in Matoaca Magisterial District, Chesterfield County, Virginia, containing 14.747 acres and being known as Parcel 1 as more particularly shown on a plat dated February 9, 2005, prepared by Balzer, entitled "COMPILED PLAT SHOWING TWO PARCELS OF LAND LYING ON THE NORTH LINE OF RIVER ROAD", a copy of which is recorded in the Clerk's Office, Circuit Court, Chesterfield County, Virginia in Plat Book 188, page 91, to which plat reference is made for a more particular description.

>BEING the same property conveyed to Keith W. Condrey, Sr. and Sally A. Condrey by deed from Shannon C. Tootle, formerly known as Shannon Ann Condrey dated January 29, 2008, recorded April 7, 2008, in the Clerk's Office, Circuit Court, Chesterfield County, Virginia, in Deed Book 8268, page 471; and

    ALSO BEING the same property conveyed to Keith W. Condrey, Sr. and Sally A. Condrey by deed from Condrey Construction Company, a Virginia corporation dated March 25, 2004, recorded March 29, 2004, in the aforesaid Clerk's Office, in Deed Book 5664, page 418.

is burdensome and of inconsequential value to the Estate and that the Property should be abandoned from the Estate pursuant to 11 U.S.C. § 554, Fed. R. Bankr. P. 6007, and Local Rule 6007-1.

    Any creditor objecting to the abandonment must, on or before April 18, 2012, take the following actions:

- File a written objection to the abandonment with the Court at the following address:

Clerk of the Bankruptcy Court
United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street, Room 4000
Richmond, Virginia 23219

- Obtain a hearing date from the Court

- Transmit notice of the hearing on the written objection, and

- File, with the Court, such notice with proof of service.

You must also mail a copy of the written objection and notice of hearing to:

Bruce H. Matson
LeClairRyan
Riverfront Plaza, East Tower
951 East Byrd Street
Eighth Floor
Richmond, Virginia 23219

Ronald Allen Page, Jr.
Ronald Page, PLC
501 E. Franklin St., Suite 626
Richmond, Virginia 23219

Dated: April 4, 2012                              Respectfully Submitted,

                                                  **KEITH W. CONDREY, SR. AND**
                                                  **SALLY A. CONDREY**


                                                  By    /s/ Ronald A. Page, Jr.
                                                  _____
                                                              Counsel

Ronald A. Page, Jr.
Virginia State Bar #71343
Ronald Page, PLC
501 E. Franklin St., Suite 626
Richmond, Virginia 23219
Ph:   (804) 562-8704
Fax: (804) 482-2427
E-mail: rpage@rpagelaw.com
Web Site: www. rpagelaw.com

*Counsel for Keith W. Condrey, Sr. and*
*Sally A. Condrey*


## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that on April 4, 2012, a true and correct copy of the foregoing were served upon all of Debtors' creditors and other parties to this case via the Court's ECF notification system and/or by first class mail.

                                                  By    /s/ Ronald A. Page, Jr.
                                                  _____
                                                              Counsel